IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TOMMY GREEN, SR.,

       Plaintiff,

v.                                              Case No.  4:14cv395-MW/CAS

MICHAEL D. CREWS, et al.,

       Defendant.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

       The Court has considered the Magistrate's Report and Recommendation, ECF No. 10, and has also reviewed de novo Plaintiff's Objections to Proposed Findings, ECF No.11.   Upon consideration,

       IT IS ORDERED:

       The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as this Court's opinion.   Defendant's motion to dismiss, ECF No. 4, is **GRANTED**.   The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 2, is **DISMISSED** for failure to state a claim upon which relief may be

1

granted."  All other pending motions are denied.  The Clerk is directed to note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The Clerk shall close the file.

**SO ORDERED on October 23, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
